sion, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.

Carmine GRECO, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment unanimously affirmed, with costs, on authority of Greco v. Long Island Railroad Co., 159 App. Div. 298, 144 N. Y. Supp. 240.

Catherine A. GREEN, applt., v. INTERNATIONAL RY. CO., respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Respondent precluded from being heard on argument unless respondent serve typewritten copy of brief by March 8th and printed briefs by March 10th.

Samuel GREEN, an inft., Respt., v. Mark ROSENTHAL et al., Applts. (Supreme Court Appellate Division, First Department. April 28, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Chester D. GRIESEMER, appellant, v. The KNOX HAT MANUFACTURING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment and order reversed and new trial granted, costs to abide the event, upon the grounds that there was no substantial evidence to establish conspiracy as a defense, and that the trial court erred to the prejudice of the defendant in excluding the original answer (folio 576), and in refusing to permit the plaintiff to testify that in entering into the contract in suit he relied upon the apparent authority of the general manager, MacFarland, to make such contracts, as shown by his action in making previous like contracts (folio 96). Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Chester D. GRIESEMER, appellant, v. The KNOX HAT MANUFACTURING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion to resettle order granted, and proposed resettled order, as modified by the court, signed.

William H. GRIFFIN, respt., v. C. H. RUGG CO., impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Appeal dismissed without costs upon stipulation filed.

Albert B. GROSS et al., Applts., v. Philip HENOCHSTEIN, Respt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

Minnie GROSSMAN, an infant, by Emanuel Grossman, her guardian ad litem, appellant, v. Jacob FISHER et al., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment modified by striking therefrom the allowance of costs separately to the defendants Fisher, Rifkin, Eisler and Block, and by allowing to all of those defendants collectively one bill of costs of $84.43, and as so modified judgment unanimously affirmed without costs to either party, upon the ground that the said four defendants, having united in their answer and having been represented by a single attorney and counsel, should be allowed but a single bill of costs.

In the Matter of the Judicial Settlement of the Account of Arthur C. GWYNNE, as executor of John A. Gwynne, deceased. Dora T. C. Gwynne, as Administratrix, etc., appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Decree of the Surrogate's Court of Westchester County affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Julia H. HALL, appellant, v. HOUSE OF ST. GILES THE CRIPPLE, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment (91 Misc. Rep. 122, 154 N. Y. Supp. 96) affirmed, with costs, upon the opinion of Mr. Justice Kelby at Special Term. Jenks, P. J., and Thomas, Carr, and Stapleton, JJ., concur. Mills, J., concurs upon the ground last stated in said opinion.

Charles Ward HALL, appellant, v. Paul T. KENNY, respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion for leave to appeal to the Court of Appeals denied.

James W. HAMILTON, appellant, v. ROYAL INDEMNITY COMPANY and Meyer Sindel, as Trustee, etc., respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Catharine Augusta HARRISON, respondent, v. Elizabeth HIGGINS et al., defendants; Philip Stark, purchaser, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Francis T. HATLEE, respt., v. William C. VAN VEGHTEN, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.

John HAUFF, respondent, v. LEVY DAIRY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Christian HEISS, as admr., etc., applt., v. LEHIGH VALLEY R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Appeal dismissed without costs upon stipulation filed.